No. 01–8728. CRUZ-AGUILAR v. UNITED STATES; BELTRAN-ANGULO v. UNITED STATES; and BISHOP v. UNITED STATES.

C. A. 9th Cir. Certiorari denied.